IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

KATRINA BURNS

v.

ARISTOI, INC

"EXHIBIT A"

**EXHIBIT A**

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>X EEOC | Agency(ies) Charge No(s):<br>420 2011 01133 |
|---|---|---|

and EEOC

*State or local Agency, if any*

Name (Indicate Mr., Ms., Mrs.): **KATRINA SHANTA BURNS**   Home Phone (incl. Area Code):   Date of Birth:

Street Address:   City, State and ZIP Code:

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two are named, list under PARTICULARS below.)

Name: **ARISTOI, INC.**   No. Employees, Members: 15 - 100   Phone No. (Incl. Area Code): 205-313-5200

Street Address: **624 8th AVE. NORTH, BIRMINGHAM, AL 35203**

DISCRIMINATION BASED ON (Check appropriate box(es).)
X RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☐ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 10/01/2010   Latest: 02/01/2011
X CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am a Black female. I have been employed at ARISTOI, Inc. since February 7, 2007. During my time of employment with ARISTOI, Inc., I have and continue to experience a pattern practice of discrimination against black employees as to work assignments, promotions, salaries, and duties. White employees are allowed to work from home; however, black employees are not. I have experienced lesser qualified white employees promoted over me and paid salary and benefits in excess of mine while occupying the same or lower position as I. I have been subjected to racial comments, racial innuendo, and stereotypes from white employees in management positions, including the Company President, Charles Richard Street.

I believe my employer discriminated, and continues to discriminate against me, because of my race, Black; in violation of Title VII of the 1964 Civil Rights Act, as amended. As such, I seek the following relief: (1) I seek to be placed in a non-hostile, equal and fair work environment; (2) I seek to receive all salary and benefits not afforded me as result of the unlawful treatment; (3) I seek to be compensated for the emotional suffering I have been caused to unwarrantedly and unjustly endure; (4) I seek to be reimbursed my attorney fees; and (5) I seek any and all other available relief to which I may be entitled.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 2.21.11   Charging Party Signature: Katrina Burns

NOTARY – When necessary for State or Local Agency Requirements
12/4/14

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT
SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

RECEIVED
FEB 22 2011
BIRM...