IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KATRINA BURNS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 2:11-CV-04039-RDP |
| | ) |
| ARISTOI, INC., | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

COME NOW Plaintiff, Katrina Burns, and Defendant, Aristoi, Inc., and hereby jointly stipulate, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, to the dismissal with prejudice of all claims against any and all parties in this lawsuit.

WHEREFORE, PREMISES CONSIDERED, the parties respectfully request that the Court enter an Order of Final Judgment dismissing this lawsuit with prejudice, and with costs taxed as paid.

_____
David Lee Hubbard
hubbard@dlhlawfirm.com
Attorney for Plaintiff Katrina Burns

**OF COUNSEL:**
**HUBBARD LAW FIRM**
2301 Morris Ave., Rm. 213
Birmingham, AL 35203
Voice:   (205) 994-2252
Fax:     (205) 994-6408

/s/ R. Dale Wallace, Jr.
_____
R. Dale Wallace, Jr.
E-mail: dwallace@wallacejordan.com
Thomas A. McKnight, Jr.
E-mail: tmcknight@wallacejordan.com
Attorneys for Defendant Aristoi, Inc.

**OF COUNSEL**:
**WALLACE, JORDAN, RATLIFF & BRANDT, L.L.C.**
Post Office Box 530910
Birmingham, Alabama 35253
Voice:      (205) 870-0555
Fax:        (205) 871-7534